FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2022

No. 04-22-00043-CR

James Edward **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8935
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On February 23, 2022, this court issued an opinion and order dismissing this appeal for lack of jurisdiction. Our mandate issued on June 27, 2022. On July 11, 2022, appellant filed a "Motion for Complete Clerks Record" requesting this court order the trial court clerk to include certain documents in the clerk's record. The motion is DENIED.

It is so **ORDERED** on July 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT